**FILED**

JUN 25 2018

KATE BARKMAN, Clerk
By _____ Dep. Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS A. D'ANGELO, D.M.D. PC, and DOYLESTOWN TOWNSHIP DENTAL ASSOCIATES, LLC<br>Plaintiffs<br><br>v.<br><br>THE HARFORD MUTUAL INSURANCE COMPANY<br><br>Defendant | CIVIL ACTION - LAW<br><br>NO: _____<br><br>**18  2661**<br><br>JURY TRIAL DEMANDED<br><br>ELECTRONICALLY FILED |

## NOTICE OF REMOVAL

This Notice of Removal is filed by Defendant The Harford Mutual Insurance Company asserting as follows:

1.     The Defendant is the same Defendant as in the action commenced in the Court of Common Pleas of Philadelphia County, Pennsylvania, at case number 180502481.

2.     A copy of the Philadelphia County Writ of Summons is attached hereto as Exhibit A.

3.     The Philadelphia County Writ of Summons was filed on or about May 23, 2018.

4.     The Philadelphia County Writ of Summons was received by Defendant on or about May 29, 2018 by Certified Mail.

5.     Plaintiffs subsequently filed and served a Complaint on or about June 14, 2018. A copy of the Complaint is attached hereto as Exhibit B.

6.     This Court has original jurisdiction under 28 U.S.C. § 1332 because the matter in controversy exceeds the sum of $75,000 and is between citizens of different states.

7.     Defendant avers that complete diversity of citizenship exists between the parties in this case.

8.     Plaintiff Louis A. D'Angelo, D.M.D., PC, is a professional corporation with its principal place of business in Medford, New Jersey.

9.     Plaintiff Doylestown Township Dental Associates, LLC is a Pennsylvania limited liability company and has a place of business located at 252 W. Swamp Road, Doylestown, PA.

10.     Defendant The Harford Mutual Insurance Company is a business located at 200 N. Main Street, Bel Air, Maryland.

11.     Defendant is not now a citizen of the Commonwealth of Pennsylvania, where the original action was filed, and was not a citizen of Pennsylvania at the time the action was commenced, it is not incorporated in Pennsylvania, and does not have a principal place of business in Pennsylvania.

12.     Plaintiffs have made a claim for breach of contract for alleged failure to pay a claim under a policy insurance issued by Defendant and a claim for alleged bad faith pursuant to 42 Pa. C.S.A. § 8371.

13.     Based on the allegations of the Complaint, it is believed that this case involves an amount in controversy in excess of $75,000.00.

14.     This notice of removal is being filed within thirty days of receipt by the Defendant of a copy of the initial pleading filed in Philadelphia County, and within one year of the commencement of the lawsuit,  in accordance with the requirements of 28 U.S.C. § 1446.

15.     Opposing parties to this action are of diverse citizenship, and the amount in controversy exceeds $75,000, this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and this case may be removed to this Court by Defendant, pursuant to the provisions of §§ 1441 and 1446.  Venue properly lies in the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1391(b).

16.     Pursuant to 28 U.S.C. § 1446(d), Defendant will give prompt written Notice of Removal to Plaintiffs' counsel and will file a copy of the within Notice of Removal with the Prothonotary of the Court of Common Pleas of Philadelphia County.

17.      Copies of any process, pleadings or orders served upon Defendant is filed with this notice.

WHEREFORE, Defendant respectfully requests that this action proceed in this Court as an action properly removed.

Respectfully submitted

**THOMAS, THOMAS & HAFER, LLP**

Dated:  June 25, 2018                    BY  *Todd B. Narvol*

Todd B. Narvol
Pa. Attorney No. 42136
Gordon A. Einhorn
Pa. Attorney No. 59006
P. O. Box 999
Harrisburg, PA  17108
(717) 237-7100
*Counsel for Defendant*

# EXHIBIT A

5/29/2018 8:00:10 AM Batch: 11266669

| Court of Common Pleas of Philadelphia County Trial Division **Civil Cover Sheet** | For Prothonotary Use Only (Docket Number) **MAY 2018** E-Filing Number: 1805056232 **002481** |
|---|---|

| PLAINTIFF'S NAME LOUIS A. D'ANGELO, DMD, PC | DEFENDANT'S NAME THE HARFORD MUTUAL INSURANCE COMPANY |
|---|---|
| PLAINTIFF'S ADDRESS 334 STOKES ROAD 1ST FLOOR MEDFORD NJ 08055 | DEFENDANT'S ADDRESS 200 N. MAIN STREET BEL AIR MD 21014-3544 |
| PLAINTIFF'S NAME DOYLESTOWN TOWNSHIP DENTAL ASSOCIATES, LLC | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS 252 W. SWAMP ROAD SUITE 30 DOYLESTOWN PA 18901 | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |

| TOTAL NUMBER OF PLAINTIFFS 2 | TOTAL NUMBER OF DEFENDANTS 1 | COMMENCEMENT OF ACTION ☐ Complaint ☐ Petition Action ☐ Notice of Appeal ☒ Writ of Summons ☐ Transfer From Other Jurisdictions |
|---|---|---|

| AMOUNT IN CONTROVERSY ☐ $50,000.00 or less ☒ More than $50,000.00 | COURT PROGRAMS ☐ Arbitration ☐ Mass Tort ☐ Commerce ☐ Settlement ☐ Jury ☐ Savings Action ☒ Minor Court Appeal ☐ Minors ☒ Non-Jury ☐ Petition ☐ Statutory Appeals ☐ W/D/Survival ☐ Other: |
|---|---|

| CASE TYPE AND CODE 10 - CONTRACTS OTHER |
|---|

| STATUTORY BASIS FOR CAUSE OF ACTION |
|---|

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY** MAY 23 2018 **A. SILIGRINI** | IS CASE SUBJECT TO COORDINATION ORDER? YES NO |
|---|---|---|

TO THE PROTHONOTARY·

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: LOUIS A. D'ANGELO, DMD, PC , DOYLESTOWN TOWNSHIP DENTAL ASSOCIAT

Papers may be served at the address set forth below

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY JONATHAN WHEELER | ADDRESS 1617 JFK BLVD SUITE 1270 PHILADELPHIA PA 19103 |
|---|---|
| PHONE NUMBER (215)568-2900 | FAX NUMBER (215)568-2901 | |
| SUPREME COURT IDENTIFICATION NO 12649 | E-MAIL ADDRESS jsquitiere@jwheelerlaw.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY JONATHAN WHEELER | DATE SUBMITTED Wednesday, May 23, 2018, 12:51 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

5/29/2018 8:00:10 AM Batch: 11266669

MAJOR CASE
JURY TRIAL WAIVED

**LAW OFFICES OF JONATHAN WHEELER, P.C.**
BY: Jonathan Wheeler, Esquire
Attorney I.D. No.: 12649
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
(215) 568-2900
E-Mail: jwheeler@jwheelerlaw.com

LOUIS A. D'ANGELO, D.M.D. PC          COURT OF COMMON PLEAS
334 Stokes Road                       PHILADELPHIA COUNTY
1ˢᵗ Floor
Medford, NJ 08055
                          and                      TERM, 2018
DOYLESTOWN TOWNSHIP DENTAL
ASSOCIATES, LLC
252 W. Swamp Road, Ste. 30
Doylestown, PA 18901

                          v.                       NO.

THE HARFORD MUTUAL INSURANCE          Major Case
COMPANY                               Jury Trial Waived
200 N. Main Street
Bel Air, Maryland 21014-3544

## PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONOTARY:

Kindly issue a Writ of Summons in the above-captioned action.

                          LAW OFFICES OF JONATHAN WHEELER, P.C.


                          BY: _____/s/ Jonathan Wheeler_____
                                 JONATHAN WHEELER, ESQUIRE
                                 Attorney for Plaintiff(s)

Case ID: 180502481

5/29/2018 8:00:11 AM Batch: 11266669

SUMMONS
*CITACION*

# Commonwealth of Pennsylvania
## CITY AND COUNTY OF PHILADELPHIA

LOUIS A. D'ANGELO, D.M.D. PC
334 Stokes Road
1ˢᵗ Floor
Medford, NJ 08055
            and
DOYLESTOWN TOWNSHIP DENTAL
ASSOCIATES, LLC
252 W. Swamp Road, Ste. 30
Doylestown, PA 18901

            v.

THE HARFORD MUTUAL INSURANCE
COMPANY
200 N. Main Street
Bel Air, Maryland 21014-3544

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

TERM, 2018

No. _____

TO:   THE HARFORD MUTUAL INSURANCE COMPANY

You are notified that the Plaintiff(s): LOUIS A. D'ANGELO, D.M.D. PC and
                                 DOYLESTOWN TOWNSHIP DENTAL
                                 ASSOCIATES, LLC

*Usted esta avisado que el demandante*

**Has (have) commenced an action against you.**
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*

By: _____

Date: _____

Case ID: 180502481

# EXHIBIT B

MAJOR CASE
JURY TRIAL WAIVED

LAW OFFICES OF JONATHAN WHEELER, P.C.
BY: Jonathan Wheeler, Esquire
Attorney I.D. No.: 12649
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
(215) 568-2900
E-Mail: jwheeler@jwheelerlaw.com

LOUIS A. D'ANGELO, D.M.D. PC
334 Stokes Road
1ˢᵗ Floor
Medford, NJ 08055
                and
DOYLESTOWN TOWNSHIP DENTAL ASSOCIATES,
LLC
252 W. Swamp Road, Ste. 30
Doylestown, PA 18901

        v.

THE HARFORD MUTUAL INSURANCE COMPANY
200 N. Main Street
Bel Air, Maryland 21014-3544

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

MAY TERM, 2018

NO.: 2481

Major Case
Jury Trial Waived

## CIVIL ACTION COMPLAINT (1C - Contract)

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the Claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. | LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. |
| PHILADELPHIA BAR ASSOCIATION<br>Lawyer Referral Service<br>1101 Market St., 11th Floor<br>Philadelphia, PA 19107-2911<br>Telephone: 215-238-6333<br>Fax: 215-238-1159 | ASOCIACION DE LICENCIADOS DE FILADELFIA<br>Servicio De Referencia E Informacion Legal<br>1101 Market Street, 11ᵃ Floor<br>Filadelfia, Pennsylvania 19107<br>(215) 238-6333 |

Case ID: 180502481

MAJOR CASE
JURY TRIAL WAIVED

**LAW OFFICES OF JONATHAN WHEELER, P.C.**
BY: Jonathan Wheeler, Esquire                              Attorney for Plaintiff(s)
Attorney I.D. No.: 12649
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
(215) 568-2900
E-Mail: jwheeler@jwheelerlaw.com

| | |
|---|---|
| LOUIS A. D'ANGELO, D.M.D. PC<br>334 Stokes Road<br>1st Floor<br>Medford, NJ 08055<br> and <br>DOYLESTOWN TOWNSHIP DENTAL<br>ASSOCIATES, LLC<br>252 W. Swamp Road, Ste. 30<br>Doylestown, PA 18901<br><br> v. <br><br>THE HARFORD MUTUAL INSURANCE<br>COMPANY<br>200 N. Main Street<br>Bel Air, Maryland 21014-3544 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>MAY TERM, 2018<br><br>NO.: 2481<br><br>Major Case<br>Jury Trial Waived |

<u>**CIVIL ACTION COMPLAINT (1C - Contract)**</u>

1.      Louis A. D'Angelo, D.M.D., PC and Doylestown Township Dental Associates,

LLC (hereinafter collectively PLAINTIFFS), are a professional corporation and limited liability

company, respectively who maintain their principal place of business at the addresses set forth

above.

2.      Defendant, The Harford Mutual Insurance Company ("Harford"), is a corporation

duly organized and existing which is authorized to conduct business as an insurance company

within the Commonwealth of Pennsylvania and maintains a place of business for that purpose at

the address set forth above. Harford regularly conducts business and issues policies of insurance

within the City and County of Philadelphia.

3.      Defendant, in its regular course of business issued to Plaintiffs a policy of

insurance ("the Policy") covering Plaintiffs' property located at 252 W. Swamp Road, Suite 30,

Doylestown, Pennsylvania 18901 ("the Property").   A true and correct copy of the declarations

page of said policy is attached hereto, made part hereof and marked Exhibit "A".

4.      On or about June 4, 2016 while the Policy was in full force and effect, Plaintiffs

suffered sudden and accidental direct physical loss and damage to the insured Property believed

to be the result of a peril or perils insured against under the Policy, to wit, fire and related peril,

resulting in damage to the insured premises, the contents and leasehold improvements of same

and a significant interruption of business income during the Period of Restoration as well as

substantial extra expenses incurred as a result of damage caused by the fire.

5.      Notice of this covered loss was given to Harford in a prompt and timely manner

and Plaintiffs, at all times relevant hereto have fully complied with all of the terms and

conditions required by the Policy.

6.      Defendant, despite demand for benefits under the Policy, has refused, without

legal justification or cause, and continues to refuse to pay to Plaintiffs all of monies benefits

owed for the damages suffered as a result of the Loss.

7.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiffs all

of the benefits owed under the policy, Plaintiffs have suffered loss and damage in an amount in

excess of $50,000.00.

## COUNT I
### In Assumpsit - Breach of Contract

8.      Plaintiffs incorporate by reference the facts and allegations contained in the

foregoing paragraphs as though fully set forth hereinafter at length.

9.      Defendant is obligated by the terms of the contract to indemnify Plaintiffs' loss.

10.     Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiffs' Loss, Defendant has not paid to Plaintiffs all of the policy benefits to which they are entitled under the Policy.

11.     Defendant's denial of coverage was made without a reasonable basis in law or fact and is a breach of its covenant of good faith and fair dealing resulting in damages and losses to plaintiff.

12.     Defendant's refusal to indemnify Plaintiffs' loss constitutes a breach of the insurance contract.

WHEREFORE, Plaintiffs demand judgment against Defendant in an amount in excess of $50,000.00, together with interest, court costs and such other relief as the court may deem equitable and just.

## COUNT II
### In Trespass - 42 Pa.C.S.A. §8371

13.     Plaintiffs incorporate by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

14.     Defendant has engaged in bad faith conduct toward Plaintiffs with respect to its adjustment of Plaintiffs' covered Loss, in violation of 42 Pa.C.S.A. §8371 et seq.

15.     In furtherance of its bad faith and wrongful denial and refusal to pay benefits for Plaintiffs' covered Loss, Defendant, acting by and through its duly authorized agents, servants, workmen or employees, including, but not limited to, Paul Hagan, has engaged in the following conduct:

a.    by refusing to consider the document and reasonable request by plaintiffs for reimbursement for business income loss and extra expenses despite documentation and proof regarding same for the purpose of depriving plaintiffs of benefits which he knew were due and owing under the policy of insurance issued by Harford;

b.    in failing to complete a prompt and thorough investigation of Plaintiffs' claim before representing that such claim is not covered under the Policy;

c.    in failing to pay Plaintiffs' covered loss in a prompt and timely manner;

d.    in failing to objectively and fairly evaluate Plaintiffs' claim;

e.    in conducting an unfair and unreasonable investigation of Plaintiffs' claim;

f.    in asserting Policy defenses without a reasonable basis in fact;

g.    in flatly misrepresenting pertinent facts or policy provisions relating to coverages at issue and placing unduly restrictive interpretations on the Policy and/or claim forms;

h.    in failing to keep Plaintiffs or their representatives fairly and adequately advised as to the status of the claim;

i.    in unreasonably valuing the loss and failing to fairly negotiate the amount of the loss with Plaintiffs or their representatives;

j.    in failing to promptly provide a reasonable factual explanation of the basis for the denial of Plaintiffs' claim;

k.    in unreasonably withholding policy benefits;

l.    in acting unreasonably and unfairly in response to Plaintiffs' claim;

m.    in unnecessarily and unreasonably compelling Plaintiffs to institute this lawsuit to obtain policy benefits for a covered loss, that Defendant should have paid promptly and without the necessity of litigation.

16.     For the reasons set forth above, Defendant has acted in bad faith in violation of 42

Pa.C.S.A. §8371, for which Defendant is liable for statutory damages including interest from the

date the claim was made in an amount equal to the prime rate of interest plus three percent, court

costs, attorneys' fees, punitive damages, and such other compensatory and/or consequential

damages as are permitted  by law.

WHEREFORE, Plaintiffs demand judgment against Defendant in an amount in excess

of $50,000.00, together with interest, court costs, counsel fees and damages for delay.


LAW OFFICES OF JONATHAN WHEELER, P.C.


BY:   _/s/ Jonathan Wheeler_   .
        JONATHAN WHEELER, ESQUIRE
        Attorney for Plaintiff(s)

*Verification to Complaint*

## VERIFICATION

The undersigned hereby states that he/she is the plaintiff in this action and that the statements of fact made in the foregoing document are true and correct to the best of his/her information and belief. The undersigned understands that the statements herein are made subject to the penalties of 18 Pa. Cons. Stat. Ann. § 4904 relating to unsworn falsification to authorities.

_____
LOUIS A. D'ANGELO, DMD

DATE: 06/01/18
_____



**EXHIBIT " A "**

Case ID: 180502481

# The Harford Mutual Insurance Companies

Bel Air, Maryland 21014-3544

**Company:** The Harford Mutual Insurance Company

**BUSINESSOWNERS DECLARATIONS**

**Policy Number:** 8166870    **Renewal of:** 8158673

**Named Insured and Mailing Address**

LOUIS A. D'ANGELO D.M.D. PC
SEE FORM BE-24 NAMED INSURED SCHEDULE
334 STOKES ROAD
1ST FLOOR
MEDFORD, NJ 08055

**Agency Name and Address**

4630-BAS    YOOS AGENCY, INC.
780 BURMONT ROAD
DREXEL HILL, PA 19026
(610) 259-6700

**Policy Period: From** 05/12/2016 **to** 05/12/2017 **at** 12:01 A.M. Standard Time at your mailing address shown above.
In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

**THIS POLICY CONTAINS AGGREGATE LIMITS; REFER TO SECTION II - LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE FOR DETAILS.**

```
BUSINESS DESCRIPTION: DENTAL OFFICE
FORM OF BUSINESS: Business Organization other than Partnership or Joint Venture
-------------------------------------------------------------------------------
SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 1, BUILDING 1

    PREMISES ADDRESS:                        Construction: Frame
        750 ROUTE 73 SOUTH                   Protection Class: 2
        SUITE 110
        MARLTON, NJ 08053
        COUNTY: BURLINGTON

    Occupancy: Medical Offices - Office

    MORTGAGEHOLDER: See Additional Interests Schedule.

    PROPERTY COVERAGES:  ($5,000 property deductible per occurrence)   LIMIT OF INSURANCE*
        BUSINESS PERSONAL PROPERTY - Seasonal Increase, 25%....................$ 1,090,000
        BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

    OPTIONAL COVERAGES:  ($500 deductible for OPTIONAL COVERAGES)
        NONE
-------------------------------------------------------------------------------
POLICY DECLARATIONS ARE CONTINUED ON THE NEXT PAGE.
-------------------------------------------------------------------------------
LIABILITY AND MEDICAL EXPENSES:  See Liability and Medical Expenses Schedule
-------------------------------------------------------------------------------
FORMS AND ENDORSEMENTS:  See Form Schedule
-------------------------------------------------------------------------------
PREMIUM:  $55,493   Surcharge: $212   Total: $55,705
-------------------------------------------------------------------------------
```

(1) 2015/10/01-1.00(29)
ISSUE DATE: 04/21/2016 #1

Countersigned: _____

(Authorized Representative)    (Date)

INSURED COPY

Case ID: 180502481

---

LIABILITY AND MEDICAL EXPENSES SCHEDULE

---

SECTION II - LIABILITY AND MEDICAL EXPENSES

Each paid claim for the following coverages reduces the amount of insurance we
provide during the applicable annual period.  Please refer to Section II-Liability
in the Businessowners Coverage Form and any attached endorsements.

| LIABILITY COVERAGE* | LIMIT OF INSURANCE |
|---|---|
| Liability and Medical Expenses (Per Occurrence).......................... | $1,000,000 |
| Medical Expenses (Per Person)........................................ | $    5,000 |
| Damage to Premises Rented to You (Any One Premises)..................... | $   50,000 |
| Other Than Products/Completed Operations Aggregate..................... | $2,000,000 |
| Products/Completed Operations Aggregate............................... | $2,000,000 |

*Optional Property Damage Liability Deductible May Apply. Refer to
Forms Schedule for Deductible Information (If Applicable).

---



SUPPLEMENTAL DECLARATIONS PAGE - PROPERTY SCHEDULE
-------------------------------------------------------------------------

SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 2, BUILDING 1

    PREMISES ADDRESS:                  Construction: Masonry Non-Combustible
     252 W SWAMP ROAD  .              Protection Class: 4
     SUITE 30
     DOYLESTOWN, PA 18901
     COUNTY: BUCKS

     Occupancy: Medical Offices - Office

    MORTGAGEHOLDER:  See Additional Interests Schedule.

    PROPERTY COVERAGES:  ($5,000 property deductible per occurrence)     LIMIT OF INSURANCE*
     BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%......................$   640,000
     BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

    OPTIONAL COVERAGES:  ($500 deductible for OPTIONAL COVERAGES)
    NONE
-------------------------------------------------------------------------

SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 3, BUILDING 1

    PREMISES ADDRESS:                  Construction: Masonry Non-Combustible
     330 MIDDLETOWN BOULEVARD        Protection Class: 4
     SUITES 401, 402, 403
     LANGHORNE, PA 19047
     COUNTY: BUCKS

     Occupancy: Medical Offices - Office

    MORTGAGEHOLDER:  See Additional Interests Schedule.

    PROPERTY COVERAGES:  ($5,000 property deductible per occurrence)     LIMIT OF INSURANCE*
     BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%......................$ 1,353,000
     BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

    OPTIONAL COVERAGES:  ($500 deductible for OPTIONAL COVERAGES)
    NONE
-------------------------------------------------------------------------

SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 4, BUILDING 1

    PREMISES ADDRESS:                  Construction: Joisted Masonry
     1200 LAWRENCEVILLE ROAD        Protection Class: 4
     SUITE 2A AND 2B
     LAWRENCE TOWNSHIP, NJ 08648
     COUNTY: MERCER

     Occupancy: Medical Offices - Office

    MORTGAGEHOLDER:  See Additional Interests Schedule.

    PROPERTY COVERAGES:  ($5,000 property deductible per occurrence)     LIMIT OF INSURANCE*
     BUILDING - Automatic Increase 2%**......................................$ 1,262,000
     BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%......................$   550,000
     BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

     *Includes Increased Building Limit Percentage, if applicable
     **This percentage can only vary by premises, not by building
(3) POLICY: 8165870 2015/10/01-1.00(29)
ISSUE DATE: 04/21/2016 #1

Case ID: 180502481

OPTIONAL COVERAGES: ($500 deductible for OPTIONAL COVERAGES)
NONE

---

SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 5, BUILDING 1

PREMISES ADDRESS:                          Construction: Joisted Masonry
334 STOKES ROAD                            Protection Class: 5
SUITE 2                                     Wind/Hail Deductible: 5%
MEDFORD, NJ 08055
COUNTY: BURLINGTON

Occupancy: Medical Offices - Office

MORTGAGEHOLDER:  See Additional Interests Schedule.

PROPERTY COVERAGES: ($5,000 property deductible per occurrence)    LIMIT OF INSURANCE*
BUILDING - Automatic Increase 2%**.....................................$ 1,206,000
BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%.....................$   895,000
BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

*Includes Increased Building Limit Percentage, if applicable
**This percentage can only vary by premises, not by building

OPTIONAL COVERAGES: ($500 deductible for OPTIONAL COVERAGES)
NONE

---

SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 6, BUILDING 1

PREMISES ADDRESS:                          Construction: Masonry Non-Combustible
110 MARTER AVENUE                          Protection Class: 4
SUITES 203, 204, 205
MOORESTOWN, NJ 08057
COUNTY: BURLINGTON

Occupancy: Medical Offices - Office

MORTGAGEHOLDER:  See Additional Interests Schedule.

PROPERTY COVERAGES: ($5,000 property deductible per occurrence)    LIMIT OF INSURANCE*
BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%.....................$ 1,290,000
BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

OPTIONAL COVERAGES: ($500 deductible for OPTIONAL COVERAGES)
NONE

```
SUPPLEMENTAL DECLARATIONS PAGE - PROPERTY SCHEDULE
```

SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 7, BUILDING 1

PREMISES ADDRESS:                          Construction: Joisted Masonry
   3475 WEST CHESTER PIKE                   Protection Class: 4
   SUITE 220
   NEWTOWN SQUARE, PA 19073
   COUNTY: DELAWARE

   Occupancy: Medical Offices - Office

PROPERTY COVERAGES: ($5,000 property deductible per occurrence)   LIMIT OF INSURANCE
   BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%......................$   440,000
   BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

OPTIONAL COVERAGES: ($500 deductible for OPTIONAL COVERAGES)
   NONE

SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 8, BUILDING 1

PREMISES ADDRESS:                          Construction: Masonry Non-Combustible
   1376 NAAMANS CREEK ROAD                  Protection Class: 6
   GARNET VALLEY, PA 19060
   COUNTY: DELAWARE

   Occupancy: Medical Offices - Office

MORTGAGEHOLDER: See Additional Interests Schedule.

PROPERTY COVERAGES: ($5,000 property deductible per occurrence)   LIMIT OF INSURANCE*
   BUILDING - Automatic Increase 2%.......................................$ 1,067,000
   BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%.....................$   660,000
   BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

   *Includes Increased Building Limit Percentage, if applicable
   **This percentage can only vary by premises, not by building

OPTIONAL COVERAGES: ($500 deductible for OPTIONAL COVERAGES)
   NONE

SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 9, BUILDING 1

PREMISES ADDRESS:                          Construction: Frame
   1400 S NEW ROAD                          Protection Class: 4
   PLEASANTVILLE, NJ 08232
   COUNTY: ATLANTIC

   Occupancy: Medical Offices - Office

MORTGAGEHOLDER: See Additional Interests Schedule.

PROPERTY COVERAGES: ($5,000 property deductible per occurrence)   LIMIT OF INSURANCE*
   BUILDING - Automatic Increase 2%**.....................................$ 1,313,500
   BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%.....................$   770,000
   BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

   *Includes Increased Building Limit Percentage, if applicable
   **This percentage can only vary by premises, not by building
(5) POLICY: 8166870 2015/10/01-1.00(29)
ISSUE DATE: 04/21/2016 #1

Case ID: 180502481

OPTIONAL COVERAGES: ($500 deductible for OPTIONAL COVERAGES)
    NONE
--------------------------------------------------------------------------------
SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 10, BUILDING 1

    PREMISES ADDRESS:                           Construction: Joisted Masonry
        620 BEVERLY RANCOCAS ROAD               Protection Class: 4
        WILLINGBORO, NJ 08046
        COUNTY: BURLINGTON

        Occupancy: Medical Offices - Office

    PROPERTY COVERAGES: ($5,000 property deductible per occurrence)    LIMIT OF INSURANCE
        BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%.....................$   770,000
        BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

    OPTIONAL COVERAGES: ($500 deductible for OPTIONAL COVERAGES)
        NONE
--------------------------------------------------------------------------------
SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 11, BUILDING 1

    PREMISES ADDRESS:                           Construction: Frame
        327 TOWNSHIP LINE RD                     Protection Class: 4
        ELKINS PARK, PA 19027
        COUNTY: MONTGOMERY

        Occupancy: Medical Offices - Office

    PROPERTY COVERAGES: ($5,000 property deductible per occurrence)    LIMIT OF INSURANCE
        BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%.....................$   785,000
        BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

    OPTIONAL COVERAGES: ($500 deductible for OPTIONAL COVERAGES)
        NONE
--------------------------------------------------------------------------------
SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 12, BUILDING 1

    PREMISES ADDRESS:                           Construction: Joisted Masonry
        1262 WHITEHORSE-HAMILTON SQUARE RD., BLDG B,   Protection Class: 4
        TRENTON, NJ 08690
        COUNTY: MERCER

        Occupancy: Medical Offices - Office

    PROPERTY COVERAGES: ($5,000 property deductible per occurrence)    LIMIT OF INSURANCE
        BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%.....................$   385,000
        BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

    OPTIONAL COVERAGES: ($500 deductible for OPTIONAL COVERAGES)
        NONE

SUPPLEMENTAL DECLARATIONS PAGE - PROPERTY SCHEDULE
------------------------------------------------------------------------
SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 13, BUILDING 1

    PREMISES ADDRESS:                       Construction: Joisted Masonry
      338 GEORGES ROAD                  Protection Class: 3
      DAYTON, NJ 08810
      COUNTY: MIDDLESEX

    Occupancy: Medical Offices - Office

    MORTGAGEHOLDER:  See Additional Interests Schedule.

    PROPERTY COVERAGES:  ($5,000 property deductible per occurrence)   LIMIT OF INSURANCE*
      BUILDING - Automatic Increase 8%**.....................................$   703,500
      BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%.....................$   620,000
      BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

      *Includes Increased Building Limit Percentage, if applicable
      **This percentage can only vary by premises, not by building

    OPTIONAL COVERAGES:  ($500 deductible for OPTIONAL COVERAGES)
      NONE
------------------------------------------------------------------------
SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 14, BUILDING 1

    PREMISES ADDRESS:                       Construction: Joisted Masonry
      145 BRINTON LAKE RD               Protection Class: 4
      GLEN MILLS, PA 19342
      COUNTY: DELAWARE

    Occupancy: Medical Offices - Office

    MORTGAGEHOLDER:  See Additional Interests Schedule.

    PROPERTY COVERAGES:  ($5,000 property deductible per occurrence)   LIMIT OF INSURANCE*
      BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%....................$ 1,650,000
      BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

    OPTIONAL COVERAGES:  ($500 deductible for OPTIONAL COVERAGES)
      NONE

Case ID: 180502481

**CERTIFIED MAIL**

FOR USE ONLY WITH USPS SHIPPING LABEL



UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0003166754
$ 007.83⁰
JUN 14 2018
MAILED FROM ZIP CODE 19103

Jonathan Wheeler, P.C.
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, Pennsylvania 19103

TO:

The Harford Mutual Insurance Company
200 N. Main Street
Bel Air, Maryland 21014-3544

## CERTIFICATE OF SERVICE

AND NOW, this 25th day of June, 2018, I, Todd B. Narvol, Esquire, of the law firm of Thomas, Thomas & Hafer, LLP, hereby certify that a true and correct copy of the foregoing Notice of Removal was served upon the following via First Class Mail and Electronic Mail:

Johnathan Wheeler, Esquire
Law Offices of Johnathan Wheeler, P.C.
One Penn Center, Suite 1270
1617 JFK Blvd.
Philadelphia, PA  19103
jwheeler@jwheelerlaw.com

FILED

JUN 2 5 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

Dated:  June 25, 2018                    BY _____
                                                        Todd B. Narvol
                                                        Pa. Attorney No. 42136